# Court of Appeals
# of the State of Georgia

ATLANTA, December 12, 2025

*The Court of Appeals hereby passes the following order:*

**A26A0442. TONI ANTONIO LOPEZ v. THE STATE.**

Following a jury trial, Toni Antonio Lopez was convicted of armed robbery, burglary and six counts of false imprisonment. After the trial court denied his motion for new trial, Lopez appealed, contending that the evidence was insufficient and that his trial counsel rendered constitutionally ineffective assistance. See *Lopez v. State*, 332 Ga. App. 763 (774 SE2d 802) (2015), disapproved in part by *McClure v. State*, 306 Ga. 856, 864 (1) n. 17 (834 SE2d 96) (2019). We affirmed the judgment. See id.

In July 2025, Lopez filed a pro se motion for an out-of-time appeal, which the trial court dismissed. Lopez now appeals from the dismissal order, contending, among other things, that he was entitled to pursue an out-of-time appeal pursuant to recently enacted OCGA § 5-6-39.1. We lack jurisdiction.

"The denial of a motion for out-of-time appeal is directly appealable when the criminal conviction at issue has not undergone appellate review." *Richards v. State*, 275 Ga. 190, 191 (563 SE2d 856) (2002). But Lopez's conviction already underwent review by this Court and was affirmed on direct appeal. See *Lopez*, 332 Ga. App. at 766. The affirmance of the judgment of conviction in Lopez's previous appeal constitutes binding law of the case. *Perez v. State*, 263 Ga. App. 411, 412 (588 SE2d 269) (2003). Lopez "is not entitled to another bite at the apple by way of a second appeal." *Jackson v. State*, 273 Ga. 320, 320 (540 SE2d 612) (2001).

Accordingly, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 12/12/2025

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ *, Clerk.*